## IN RE SAMANTHA B.

The respondent mother's petition for certification for appeal from the Appellate Court, 51 Conn. App. 376 (AC 18075), is denied.

*Raymond J. Rigat*, in support of the petition.

*Stephen G. Vitelli*, assistant attorney general, in opposition.

Decided February 18, 1999

## ARISTEDES J. JOHNSON ET AL. *v.* TOWN OF GRISWOLD ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court (AC 18915) is denied.

*Glen G. Baron*, in support of the petition.

*Lori N. Bartinik*, in opposition.

Decided February 18, 1999

## MERLIN THOMSEN *v.* AQUA MASSAGE INTERNATIONAL, INC.

The defendant's petition for certification for appeal from the Appellate Court, 51 Conn. App. 201 (AC 17369), is denied.

*F. Jerome O'Malley*, in support of the petition.

*Michael J. Quinn*, in opposition.

Decided March 4, 1999